IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| KIMBERLY A. ANGENY | : CASE NO. 1:16-01141 |
| | : |
| | : CHAPTER 13 |

**CHANGE OF ADDRESS**

Please change the mailing address for **Kimberly A. Angeny,** to the following:

      15B Revolutionary Road
      Cortlandt MNR, NY 10567-1516

      /s/ James H. Turner, Esquire
      James H. Turner
Date: 10/12/16      Turner and O'Connell
      4701 N Front Street
      Harrisburg, PA 17110