```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 16-01141-RNO
Kimberly A Angeny                                                  Chapter 13
      Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson            Page 1 of 2        Date Rcvd: Nov 02, 2016
                              Form ID: ordsmiss        Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
```
db             Kimberly A Angeny,    15B Revolutionary Road,    Cortlandt MNR, NY 10567-1516
4765208        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                Camp Hill, PA 17001-8875
4765209       +CCS/First National Bank,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
4765213       +JP Morgan Chase Bank,    1270 Northland Drive,    Suite 200,   Saint Paul, MN 55120-1176
4816618       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4815376       +MIDLAND FUNDING LLC,    PO BOX 2011,   WARREN, MI 48090-2011
4765214       +Midland Funding,    2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
4765215       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4765218       +Trojan Professional Services,    4410 Cerritos Avenue,    Los Alamitos, CA 90720-2549
4765220       +Verizon Wireless,    PO Box 49,   Lakeland, FL 33802-0049
4816067        Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4792856        EDI: AIS.COM Nov 02 2016 19:13:00     American InfoSource LP as agent for,   Verizon,
                PO Box 248838,    Oklahoma City, OK   73124-8838
4765207       +E-mail/Text: banko@berkscredit.com Nov 02 2016 19:11:12     Berks Credit & Collections,
                900 Corporate Drive,    Reading, PA 19605-3340
4765210       +E-mail/Text: bknotice@erccollections.com Nov 02 2016 19:11:26     Enhanced Recovery Corporation,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4765212        E-mail/Text: bankruptcynotification@ftr.com Nov 02 2016 19:11:42     Frontier Communications,
                19 John Street,    Middletown, NY 10940
4837773        EDI: IRS.COM Nov 02 2016 19:13:00     IRS,   310 Lowell Street,   Andover, MA 01810
4808029        EDI: JEFFERSONCAP.COM Nov 02 2016 19:13:00     Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
4765216        EDI: PRA.COM Nov 02 2016 19:13:00     Portfolio Recovery Associates,
                Riverside Commerce Center,    120 Corporate Blvd,    Norfolk, VA 23502-4962
4815805        EDI: PRA.COM Nov 02 2016 19:13:00     Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
4808026       +EDI: JEFFERSONCAP.COM Nov 02 2016 19:13:00     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
4765217       +E-mail/Text: colleen.atkinson@rmscollect.com Nov 02 2016 19:11:43     Receivable Management,
                7206 Hull Street Road,    Richmond, VA 23235-5826
4765219       +EDI: VERIZONEAST.COM Nov 02 2016 19:13:00     Verizon,   500 Technology Drive,
                Weldon Spring, MO 63304-2225
4765221       +EDI: WFFC.COM Nov 02 2016 19:13:00     WFDS,   PO Box 1697,   Winterville, NC 28590-1697
4785492        EDI: WFFC.COM Nov 02 2016 19:13:00     Wells Fargo Bank N.A., d/b/a,
                Wells Fargo Dealer Services,    PO Box 19657,    Irvine CA 92623-9657
4765211       +EDI: AMINFOFP.COM Nov 02 2016 19:13:00     first Premier Bank,   601 S Minnesota Avenue,
                Sioux Falls, SD 57104-4868
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James H Turner    on behalf of Debtor Kimberly A Angeny pat@turnerandoconnell.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0314-1          User: TWilson           Page 2 of 2            Date Rcvd: Nov 02, 2016
                              Form ID: ordsmiss       Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                    TOTAL: 4

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kimberly A Angeny<br>**Debtor(s)** | Chapter 13<br>Case No.  1:16−bk−01141−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated:  November 2, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: TWilson, Deputy Clerk